# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 13, 2025

## NO. 03-25-00494-CV

**Kerry Ray Lampkin Jr., Appellant**

**v.**

**Dash Recovery, Tony Perez, Tommy Gass, and Gregory Artis, Appellees**

## APPEAL FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
## BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE THEOFANIS

This is an attempted appeal from orders signed by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.